**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Veronica M. PAVIA, Defendant–Appellant.**

No. 03–41015.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Jan. 29, 2004.

Paul E. Naman, Assistant US Attorney, Beaumont, TX, for Plaintiff–Appellee.

Veronica M. Pavia, pro se, Bryan, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and PRADO, Circuit Judges.

PER CURIAM.*

The Federal Public Defender appointed to represent Veronica M. Pavia on direct appeal has filed a motion to withdraw and a brief pursuant to *Anders v. California,* 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Pavia has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the AP-

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be